UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND  GREENBELT)

| | |
|---|---|
| CHARLES KAO,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRINT COMMUNICATIONS<br>COMPANY L.P.; I.C.<br>SYSTEM INC.; and<br>TRANS UNION LLC,<br>　　　　Defendants. | CASE NO.  8:19-cv-03185-PX |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Charles Kao ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  January 31, 2019　　　　　　　　　　*/s/ Ingmar Goldson (with consent)*
　　　　　　　　　　　　　　　　　　　　　Ingmar Goldson, Esq.
　　　　　　　　　　　　　　　　　　　　　The Goldson Law Office
　　　　　　　　　　　　　　　　　　　　　1734 Elton Road, Suite 210
　　　　　　　　　　　　　　　　　　　　　Silver Spring, MD  20903
　　　　　　　　　　　　　　　　　　　　　Telephone:  (240) 780-8829
　　　　　　　　　　　　　　　　　　　　　Fax:  (877) 397-0707
　　　　　　　　　　　　　　　　　　　　　E-Mail:  igoldson@goldsonlawoffice.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Charles Kao*

Date:  February 3, 2020          */s/ Robert J. Schuckit*
                                 Robert J. Schuckit, Esq. (MD Federal Bar #14125)
                                 Schuckit & Associates, P.C.
                                 4545 Northwestern Drive
                                 Zionsville, IN  46077
                                 Telephone:  (317) 363-2400
                                 Fax:  (317) 363-2257
                                 E-Mail:  rschuckit@schuckitlaw.com

                                 *Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of February, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Ingmar Goldson, Esq. igoldson@goldsonlawoffice.com | Jeffrey L. Friedman, Esq. jeff@friedmanlaw.net |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of February, 2020** properly addressed as follows:

| None. | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*